# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

160871

|  |  |
|---|---|
| GILBERT STANOW, | Bridget M. McCormack, *Chief Justice* |

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

GILBERT STANOW,
        Plaintiff-Appellee,

v

          SC: 160871
          COA: 347275
          Oakland CC: 2018-165819-NH

BEAUMONT CENTER FOR PAIN MEDICINE,
an assumed name for WILLIAM BEAUMONT
HOSPITAL,
        Defendant-Appellee,

and

SEAN CONROY, M.D. and AMERICAN
ANESTHESIOLOGY OF MICHIGAN, P.C.,
        Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the March 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J. (*dissenting*).

I would grant leave to appeal to consider whether the factors from *Vicencio v Jaime Ramirez, MD, PC*, 211 Mich App 501, 507 (1995), were appropriately applied in the dismissal analysis under MCR 2.504 in light of *Maldonado v Ford Motor Co*, 476 Mich 372, 395 n 24 (2006).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

a1118

November 25, 2020



Clerk